IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00681-MSK

RODNEY L. SORENSEN,

      Plaintiff,

v.

MICHAEL J. ASTRUE (actually named as Michael Astrue), Commissioner of Social Security,

      Defendant.

---

**ORDER SETTING ORAL ARGUMENT**

---

THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

**IT IS THEREFORE ORDERED** that a **one hour** oral argument hearing will be held on **February 26, 2009,** at **4:00 p.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

DATED this 15th day of October, 2008.

                                              **BY THE COURT:**

                                              *Marcia S. Krieger*
                                              Marcia S. Krieger
                                              United States District Judge